WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DAN FIEBIGER**,                                                        CV # 06-1622-AS

      Plaintiff,

vs.                                                                                    ORDER

**COMMISSIONER of Social Security**,

      Defendant.

        Attorney fees in the amount of $6,850.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

        DATED this 26 day of February, 2008.

                                  United States ~~District~~ / Magistrate Judge

Submitted on February 19, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1